In the Matter of the Probate and Construction of the Will of CARRIE T. STEVENS, Deceased. STELLA SHERIDAN, Individually and as Executrix of CARRIE T. STEVENS, Deceased, Appellant; DORIS M. KUNTOR, Respondent.— Decree affirmed, with costs to respondent payable out of the estate. All concur. (The

decree construes a will.)   Present — Taylor, P. J., McCurn, Larkin, Vaughan and Kimball, JJ.   [192 Misc. 179.]   [See 275 App. Div. 741.]